UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARABET A. MAJOUBIAN,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>LORETTA LYNCH, et al.,<br><br>　　　　　Respondents.<br>_____ | Case No. EDCV 16-642 RSWL(JC)<br><br>(PROPOSED)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

　　　IT IS ORDERED that the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and this action are dismissed without prejudice for lack of prosecution.

///
///
///
///
///

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
2  Report and Recommendation, and the Judgment herein on petitioner and on
3  counsel for respondents.
4  LET JUDGMENT BE ENTERED ACCORDINGLY.

6  DATED: July 20, 2016

  s/ RONALD S.W. LEW

  HONORABLE RONALD S.W. LEW
  SENIOR UNITED STATES DISTRICT JUDGE