UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GARABET A. MAJOUBIAN, | ) | Case No. EDCV 16-642 RSWL(JC) |
| Petitioner, | ) ) | (PROPOSED) |
| v. | ) ) | JUDGMENT |
| LORETTA LYNCH, et al., | ) ) ) | |
| Respondents. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and this action are dismissed without prejudice.

DATED: July 20, 2016

s/ RONALD S.W. LEW

HONORABLE RONALD S.W. LEW
SENIOR UNITED STATES DISTRICT JUDGE